UNITED STATES of America,
Plaintiff–Appellee,

v.

Mark Anthony ROBERTS,
Defendant–Appellant.

No. 02–6216.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Cheryl Johns Sturm, Chadds Ford, Pennsylvania, for Appellant. Mary Gordon Baker, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark Anthony Roberts seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Roberts*, No. CR–96–68 (D.S.C. Dec. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*